UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC.; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL, INC,. AND NATIONAL FAIR HOUSING ALLIANCE, INC. | CASE NO.: 3:08 cv 00150 |
| | JUDGE: THOMAS M. ROSE |
| Plaintiffs, vs. | **STIPULATION FOR LEAVE TO PLEAD AND JOURNAL ENTRY** |
| STEINER & ASSOCIATES, INC., et al. | |
| Defendants. | |

We, the attorneys for the respective parties, do hereby stipulate that Defendant, Development Design Group, Inc., is hereby given a one week extension of time to answer, plead or otherwise move the court until July 7, 2008, pursuant to United States District Court, Southern District of Ohio Local Rules.

No prior extension of time has been granted and this Stipulation is filed with the Clerk and is approved by all counsel. This Stipulation shall not be submitted to the trial court.

**IT IS SO ORDERED:**

_____
JUDGE THOMAS M. ROSE

/s/ Stephan M. Dane    (per telephone consent)
STEPHAN M. DANE (0013057)
THOMAS J. KEARY
MICHAEL ALLEN
RELMAN & DANE, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Attorneys for Plaintiffs

/s/ Robert W. Hojnoski
ROBERT W. HOJNOSKI (0070062)
**REMINGER CO., L.P.A.**
525 Vine Street, Suite 1700
Cincinnati, Ohio 45202
(513) 721-1311
Attorney for Defendant,
Development Design Group, Inc.