# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Miami Valley Fair Housing Center, Inc., et al., )<br>　　Plaintiffs, )<br>　　　　v. )<br>Steiner + Associates, Inc., et al., )<br>　　Defendants. )<br>_____ )<br> )<br>Steiner + Associates, Inc., et al., )<br>　　Cross Claimants, )<br>　　　　v. )<br>Corna Kokosing Construction Co., )<br>　　Cross Defendant. )<br>_____ )<br> )<br>Steiner + Associates, Inc., et al., )<br>　　Third-Party Plaintiffs, )<br>　　　　v. )<br>Alpine Insulation Co., Inc., et al., )<br>　　Third-Party Defendants. )<br>_____ )<br> )<br>Meacham & Apel Architects, Inc., )<br>　　Third-Party Plaintiff, )<br>　　　　v. )<br>Alpine Insulation Co., Inc., et al., )<br>　　Third-Party Defendants. )<br>_____ )<br> )<br>Messer Construction Co. )<br>　　Third-Party Plaintiff, )<br>　　　　v. )<br>Baker Concrete Construction, Inc., et al., )<br>　　Third-Party Defendants. )<br>_____ ) | Docket No. 3:08-cv-150<br>Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington<br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AGAINST DEVELOPMENT DESIGN GROUP, INC.** |

　　Plaintiffs Miami Valley Fair Housing Center, Metropolitan Milwaukee Fair Housing Center and National Fair Housing Alliance, and Defendant Development Design Group, Inc., by their respective attorneys, hereby stipulate and agree that the Complaint against Defendant

Development Design Group, Inc., and all claims and causes of action asserted therein, shall be dismissed **WITH PREJUDICE**, with each party bearing its own costs and attorneys' fees, and that the above-Court may render and enter an order to that effect without further hearing or notice to any party.

Dated this 18th day of March 2010.

Respectfully Submitted,

| | |
|---|---|
| \_\_/s/ Michael Allen _____ | \_/s/ John P. O'Neil _____ |
| Stephen M. Dane | John P. O'Neil, Esq. |
| Ohio Bar No. 0013057 | Ohio Bar No. 0067893 |
| Michael Allen* | Reminger CO., L.P.A. |
| Thomas J. Keary* | 1400 Midland Building |
| * Admission *pro hac vice* | 101 Prospect Avenue, West |
| RELMAN, DANE & COLFAX, PLLC | Cleveland, Ohio 44115-1093 |
| 1225 19th Street, N.W., Suite 600 | (216) 687-1311 |
| Washington, D.C. 20036 | (216) 687-1841 (facsimile) |
| (202) 728-1888 | joneil@reminger.com |
| (202)728-0804 (facsimile) | |
| mallen@relmanlaw.com | |
| | |
| Attorneys for Plaintiffs | Attorney for Defendant |
| | Development Design Group, Inc. |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 18, 2010, a true and accurate copy of the foregoing Stipulation and [Proposed] Order for Dismissal of Plaintiffs' Complaint Against Development Design Group, Inc. was filed electronically and sent to all parties via the Court's CM/ECF system.

          /s/ Caitlin Parton_____
          Caitlin Parton
          Paralegal

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Miami Valley Fair Housing Center, Inc., et al., | ) ) | |
|     Plaintiffs, | ) | |
|         v. | ) | |
| Steiner + Associates, Inc., et al., | ) | |
|     Defendants. | ) ) | |
| | ) | |
| Steiner + Associates, Inc., et al., | ) | |
|     Cross Claimants, | ) | Docket No. 3:08-cv-150 |
|         v. | ) | Judge Thomas M. Rose |
| Corna Kokosing Construction Co., | ) | Magistrate Judge Sharon L. Ovington |
|     Cross Defendant. | ) | **[PROPOSED] ORDER** |
| | ) ) | |
| Steiner + Associates, Inc., et al., | ) | |
| Third-Party Plaintiffs, | ) | |
|         v. | ) | |
| Alpine Insulation Co., Inc., et al., | ) | |
|     Third-Party Defendants. | ) ) | |
| | ) | |
| Meacham & Apel Architects, Inc., | ) | |
|     Third-Party Plaintiff, | ) | |
|         v. | ) | |
| Alpine Insulation Co., Inc., et al., | ) | |
|     Third-Party Defendants. | ) ) | |
| | ) | |
| Messer Construction Co. | ) | |
|     Third-Party Plaintiff, | ) | |
|         v. | ) | |
| Baker Concrete Construction, Inc., et al., | ) | |
|     Third-Party Defendants. | ) ) | |

      **UPON** the reading and filing of the foregoing stipulation, and upon the joint motion of

Michael Allen, counsel for Plaintiffs Miami Valley Fair Housing Center, Metropolitan

4

Milwaukee Fair Housing Center and National Fair Housing Alliance, and John O'Neil, counsel for Defendant Development Design Group, Inc.:

**IT IS HEREBY ORDERED** that the Plaintiffs' Complaint against Defendant Development Design Group, Inc., and all claims and causes of action asserted therein, shall be dismissed **WITH PREJUDICE**, with each party bearing its own costs and attorneys' fees.

Rendered and entered in chambers at Dayton, Ohio this _____ day of March, 2010.

BY THE COURT:

_____
**Honorable Thomas M. Rose
United States District Judge**