# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **MIAMI VALLEY FAIR HOUSING,<br>CENTER, INC., et al.,** | : | |
| | : | |
| Plaintiffs, | | Case No.  3:08cv00150 |
| | : | |
| vs. | | **District Judge Thomas M. Rose** |
| | : | **Magistrate Judge Sharon L. Ovington** |
| **STEINER + ASSOCIATES, INC.,<br>et al.,** | : | |
| | | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S FOURTH REPORT AND RECOMMENDATION (Doc. #373) IN ITS ENTIRETY AND GRANTING MOTIONS TO DISMISS/MOTIONS FOR JUDGEMENT ON THE PLEADINGS BY ALPINE PLUMBING (Doc. #169), MILLER'S CARPET CO. (Doc. #336), LUTJEN (Doc. #342), M & L ELECTRIC (Doc. #344) AND GOULD EVANS ASSOCIATES (Doc. #345)**

The Court has reviewed *de novo* the Fourth Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #373), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendations filed on June 29, 2010 (Doc. #373) is ADOPTED in full;

2. The Motions to Dismiss and/or Motions for Judgment on the Pleadings by the following Third-Party Defendants are GRANTED for the reasons set forth in the prior Entry and Order (Doc. #371) and the Fourth Report and Recommendations (Doc. #373):

- Alpine Plumbing, Inc.'s Motion to Dismiss (Doc. #169);

- Third-Party Defendant Miller's Carpet Company, Inc.'s Motion to Dismiss (Doc. #336);

- Third-Party Defendant Lutjen, Inc.'s Motion for Judgment on the Pleadings (Doc. #342);

- Fourth-Party Defendant M & L Electric, Inc.'s Motion to Dismiss (Doc. #344); and

- Third-Party Defendant Gould Evans Associates, LLC's Motion for Judgment on the Pleadings (Doc. #345).

**DONE AND ORDERED** in Dayton, Ohio, this Nineteenth Day of July, 2010.

**s/Thomas M. Rose**

Thomas M. Rose
United States District Judge

Copies furnished to:

Counsel of Record