# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING      :
CENTER, INC., *et al.*,

                    :

           Plaintiffs,                Case No. 3:08-cv-150

                    :

                                  District Judge Thomas M. Rose

          -vs-                    :       Magistrate Judge Michael J. Newman

STEINER & ASSOCIATES, INC., *et al.*,    :

           Defendants.           :

---

## ORDER

---

This matter is before the undersigned following the issuance of a remand from the Sixth Circuit Court of Appeals. *Miami Valley Fair Hous. Ctr., Inc. v. Steiner & Assocs.,* No. 10-4191, 2012 U.S. App. LEXIS 10316 (6th Cir. May 18, 2012). As the Sixth Circuit noted, "[s]everal Third-Party Defendants . . . moved to dismiss the third-party complaint on the ground that the district court lacked personal jurisdiction over them, on the grounds that neither federal law nor the Ohio long-arm statute permitted service of process over those Third-Party Defendants." *Id.* at *8. The case was remanded to consider this jurisdictional issue. *Id.* at *8-10.

Having fully considered this issue, the Court **ORDERS** as follows:

1.      The Third-Party Defendants who previously filed motions to dismiss -- premised, in whole or part, upon a potential lack-of-personal-jurisdiction -- are each provided with fourteen days from the issuance of this Order (*i.e.,* until **June 7, 2012**) in which to file a Supplemental Brief

1

in support of their motion. Said Brief is optional; if one is not filed, the Court will proceed to review the merits of the previously-filed dismissal motion;

2. Third-Party Defendants who did not previously move for dismissal on the grounds of personal jurisdiction are likewise granted fourteen days (*i.e.,* until **June 7, 2012**) in which to file a motion to dismiss on the basis of lack-of-personal-jurisdiction;

3. Third-Party Plaintiffs shall each have fourteen days thereafter *(i.e.,* until **June 21, 2012**) in which to file a Memorandum in Opposition;

4. Third-Party Defendants shall have seven days thereafter (*i.e.,* until **June 28, 2012**) in which to file a Reply Memorandum.

The Court expects the parties to strictly adhere to the page limitations set forth in Southern District of Ohio Local Rule 7.2(a)(3); and

5. To ensure that the Court and parties agree which entities still remain in this case, on or before **June 7, 2012**, Plaintiff(s) shall file with the Court a list of the remaining Plaintiff(s), Defendant(s)/Third-Party Plaintiff(s) and Third-Party Defendant(s). All other parties shall have fourteen days thereafter (*i.e.*, **June 21, 2012**) to file objections to said list.

The Court will consider issuing a new Scheduling Order in this case, if deemed appropriate, following its rulings on these motions to dismiss.

May 24, 2012                            s/ **Michael J. Newman**
                                                United States Magistrate Judge