# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | | Case No. 3:08-cv-150 |
| | : | |
| | | District Judge Thomas M. Rose |
| -vs- | : | Magistrate Judge Michael J. Newman |
| | | |
| STEINER & ASSOCIATES, INC., *et al.*, | : | |
| | | |
| Defendants. | : | |

---

## ORDER LIFTING STAY
---

This case has been stayed pending the decision by the United States Court of Appeals for the Sixth Circuit in Appeal Number 10-4191. *See* Doc. 410. The Sixth Circuit issued its decision on May 18, 2012. *See Miami Valley Fair Hous. Ctr., Inc. v. Steiner & Assocs.,* No. 10-4191, 2012 U.S. App. LEXIS 10316 (6th Cir. May 18, 2012).

Commensurate with this Court's May 24, 2012 Order, the stay is **LIFTED**.

May 29, 2012                                                            s/ **Michael J. Newman**
                                                                                      United States Magistrate Judge