# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING          :
CENTER, INC., *et al.*,

                  :

        Plaintiffs,                        Case No. 3:08-cv-150

                  :

                        District Judge Thomas M. Rose

     -vs-                         :              Magistrate Judge Michael J. Newman

STEINER & ASSOCIATES, INC., *et al.*,          :

        Defendants.               :

---

## ORDER OF CLARIFICATION

---

The Court hereby clarifies, pursuant to the Sixth Circuit's Remand Order, that this matter was referred to United States Magistrate Judge Newman for the limited purpose of permitting the Third-Party Defendants to each brief and argue whether or not the Court has personal jurisdiction over them.

The Magistrate Judge will issue a Report and Recommendation setting forth his analysis and recommended disposition on the personal jurisdiction issue.

June 1, 2012

                                       Thomas M. Rose
                                       United States District Judge

1