# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | | Case No. 3:08-cv-150 |
| | : | |
| | | District Judge Thomas M. Rose |
| -vs- | : | Magistrate Judge Michael J. Newman |
| | | |
| STEINER & ASSOCIATES, INC., *et al.*, | : | |
| | | |
| Defendants. | : | |

---

**ORDER**

---

Following a remand from the Sixth Circuit, the Court recently issued an Order allowing Third-Party Defendants to file motions to dismiss on the grounds of personal jurisdiction.  Doc. 438.  Several parties did so: Alpine Insulation Co., Inc. (doc. 443); Mega Industries Corporation (doc. 444); Roman Electric Co., Inc. (doc. 446); and Donovan & Jorgensen, Inc. (docs. 447, 448).

In that Order, Third-Party Defendants who previously filed motions to dismiss -- premised, in whole or part, upon a potential lack-of-personal-jurisdiction -- were likewise given the option to file a supplemental brief in support of their previous motion.  The time has expired for Third-Party Defendants to file said supplemental brief.  If a Third-Party Defendant did not file a supplemental brief, the Court will review the merits of its previously-filed dismissal motion.

The Court has reviewed the docket, and determined that the following Third-Party Defendants previously moved to dismiss on lack-of-personal-jurisdiction grounds:  Hunzinger Construction Co. (doc. 141); Alpine Plumbing, Inc. (doc. 169); Mandel Development, Inc. (doc. 179, 180); Mandel Group, Inc. (docs. 179, 180); Blake-Stevens Wood Flooring, Inc. (doc. 194);

Lakeside Stoneworks, LLC (doc. 200); Barsto Construction, Inc. (doc. 209); Robben Construction, LLC (doc. 245); Walton Construction Co., LLC (doc. 247); and Miller's Carpet Co., Inc. (doc. 336).

In the interest of justice, each Third-Party Defendant is afforded **TEN (10)** days to notify the Court if it (1) previously moved to dismiss on lack-of-personal-jurisdiction grounds, and (2) is not one of the above-named Third-Party Defendants.

July 13, 2012             s/ **Michael J. Newman**
United States Magistrate Judge