# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | Case No. 3:08-cv-150 |
| | | District Judge Thomas M. Rose |
| Plaintiffs, | | Magistrate Judge Michael J. Newman |
| | : | |
| -vs- | | |
| STEINER & ASSOCIATES, INC., *et al.*, | | |
| Defendants. | : | |

## NOTICE

Plaintiffs and Defendant Meacham & Apel Architects, Inc. ("M+A") jointly moved to voluntarily dismiss with prejudice Plaintiffs' claims against M+A. *See* doc. 440. The Court denied their motion due to their failure to comply with the requirement of S.D. Ohio L.R. 7.3(b) – that movants affirmatively state whether or not their motion is opposed. Though no parties have notified the Court of their objections to dismissing M+A, Plaintiffs and M+A never re-filed a motion to dismiss in compliance with S.D. Ohio L.R. 7.3(b). Therefore, in the interest of justice, the Court affords any party that wishes to file a memorandum in opposition to the joint motion to dismiss M+A until **September 4, 2012**.

August 23, 2012                                         s/ **Michael J. Newman**
                                                         United States Magistrate Judge