# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | Case No. 3:08-cv-150 |
| | | District Judge Thomas M. Rose |
| Plaintiffs, | : | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| STEINER & ASSOCIATES, INC., *et al.*, | | |
| Defendants. | : | |

---

**ORDER REGARDING DEFENDANT MEACHAM & APEL ARCHITECTS, INC.**

---

In light of Third-Party Defendant Woolpert, Inc.'s cross-claim against Defendant Meacham & Apel Architects, Inc., *see* doc. 488, the Court clarifies that Meacham & Apel Architects, Inc. is still a party in this case.

November 2, 2012                                         s/ **Michael J. Newman**
                                                          United States Magistrate Judge