# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | Case No. 3:08-cv-150 |
| | | District Judge Thomas M. Rose |
| Plaintiffs, | : | Magistrate Judge Michael J. Newman |
| -vs- | | |
| | : | |
| STEINER & ASSOCIATES, INC., *et al.*, | | |
| Defendants. | : | |

___

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 492)**
___

The Court has reviewed the November 6, 2012 Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 492), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, the unopposed, joint motion of Carey Electric Co. and M&L Electric, Inc. (doc. 487) is **GRANTED**. Fourth-Party Defendant M&L Electric, Inc. is **DISMISSED WITH PREJUDICE**, and **TERMINATED** upon the docket of this case. The Clerk of Courts shall modify the docket sheet to reflect this dismissal.

November 27, 2012  *Thomas M. Rose*

_____
Thomas M. Rose
United States District Judge