# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | Case No. 3:08-cv-150 |
| | | District Judge Thomas M. Rose |
| Plaintiffs, | : | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| STEINER & ASSOCIATES, INC., *et al.*, | | |
| Defendants. | : | |

___

### ORDER DISMISSING THIRD-PARTY DEFENDANT WOOLPERT, INC.'S CROSS CLAIMS AGAINST DEFENDANT MEACHAM & APEL ARCHITECTS, INC.
___

The joint motion to dismiss by Plaintiffs, Defendant Meacham & Apel Architects, Inc., and Third-Party Defendant Woolpert, Inc. (doc. 505) is **GRANTED**.  Pursuant to Fed. R. Civ. P. 41(a)(2), Woolpert, Inc.'s cross-claims against Meacham & Apel Architects, Inc., *see* doc. 488, are **DISMISSED WITHOUT PREJUDICE**.

December 7, 2012                                                              *Thomas M. Rose*

                                                            _____
                                                            THOMAS M. ROSE
                                                            UNITED STATES DISTRICT JUDGE