# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., *et al.*, | : | Case No. 3:08-cv-150 |
| | | District Judge Thomas M. Rose |
| Plaintiffs, | : | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| STEINER & ASSOCIATES, INC., *et al.*, | | |
| Defendants. | : | |

___

**ORDER: (1) GRANTING THE JOINT MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT MEACHAM & APEL ARCHITECTS, INC.; (2) DISMISSING WITH PREJUDICE PLAINTIFFS' CLAIMS AGAINST DEFENDANT MEACHAM & APEL ARCHITECTS, INC.; AND (3) TERMINATING MEACHAM & APEL ARCHITECTS, INC. AS A PARTY TO THIS CASE**
___

Plaintiffs have previously attempted to dismiss their claims against Defendant Meacham & Apel Architects, Inc. ("Meacham & Apel"). *See* docs. 425, 440. The Court denied their requests because they failed to obtain the consent of all parties to this case. *See* docs. 426, 431, 436. Plaintiffs and Defendants recently filed a Stipulated Judgment dismissing their claims against all Defendants other than Meacham & Apel. Doc. 502. The Court promptly held a telephone status conference to discuss the Stipulated Judgment and procedural issues related thereto. During that conference, Meacham & Apel's dismissal was discussed, and none of the parties objected.

Since then, Plaintiffs and Meacham & Apel renewed their joint motion to dismiss Plaintiffs' claims against Meacham & Apel. Doc. 506. The Court finds that the terms are now proper to dismiss Meacham & Apel. *See* Fed. R. Civ. P. 41(a)(2). No party has objected to Meacham & Apel's dismissal, and there are no claims pending against it. (Third-Party Defendant

Woolpert, Inc.'s cross-claims against Meacham & Apel were dismissed. *See* doc. 507.) Accordingly, for good cause shown, and pursuant to Fed. R. Civ. P. 41(a)(2), their joint motion (doc. 506) is **GRANTED**. Plaintiffs' claims against Defendant Meacham & Apel Architects, Inc. are **DISMISSED WITH PREJUDICE**, and Meacham & Apel is **TERMINATED** as a party to this case.

December 10, 2012                                                 *Thomas M. Rose*
                                                                  _____
                                                                  THOMAS M. ROSE
                                                                  UNITED STATES DISTRICT JUDGE